## E. W. Wenstrand, Trustee, Appellee, v. Fred A. Rathje, Trustee, Appellant, and Cordelia L. Ingersoll, Individually and as Executrix of Last Will and Testament of Stephen A. Ingersoll, Deceased, Appellee.

### Gen. No. 40,571.

606

opinion filed October 3, 1939. Rathje & Connor, for appellant; Maurice L. Davis and Oliver B. Opsahl, of counsel; Vernon R. Loucks, for appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."